# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No.: 1:25-cv-2599

| | |
|---|---|
| Robert Anthony Hanson, Jr.<br>Stephanie Baldyga Self, Sui Juris<br><br>   Plaintiffs,<br><br> vs.<br><br>Nest Home Lending, LLC (f/k/a<br>Oakwood Home Lending, LLC), Rocket<br>Mortgage, LLC (f/k/a Quicken Loans,<br>Inc.), Mortgage Electronic Registration<br>Systems, Inc. ("MERS"), as nominee<br>for the original lender and its successors<br>and assigns.<br><br>   Defendants. | Denver County District Court<br>Case No. 2025CV000558 |

## JOINT NOTICE OF REMOVAL

Notice is hereby given that, pursuant to 28 U.S.C. §§ 1331, 1441 and 1446, Defendant Mortgage Electronic Registration Systems, Inc., as Mortgagee as Nominee for Rocket Mortgage, LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. ("MERS")[1] and Nest Home Lending, LLC ("Nest") (collectively, "Defendants") hereby remove this

---

[1] The Complaint lists "Mortgage Electronic Registration Systems, Inc." and "Rocket Mortgage, LLC" as separate Defendants in this matter, which is incorrect. The singular correct party is Defendant Mortgage Electronic Registration Systems, Inc., as Mortgagee as Nominee for Rocket Mortgage, LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. This Motion is jointly made on behalf of both Defendants in the caption.

action from the Denver County District Court to the United States District Court for the District of Colorado, and as grounds for removal states as follows:

## I. STATE COURT ACTION

1. On or about July 23, 2025, Plaintiffs Robert Anthony Hanson Jr. and Stephanie Baldyga (together, "Plaintiffs") filed a Complaint against MERS and Nest in Denver County District Court styled *Hanson Jr, Robert Anthony et al v. Nest Home Lending LLC et al*, Case No. 2025CV000558 ("State Court Action").

2. MERS and Nest were served with copies of the Complaint and Summons on July 29, 2025.

3. On August 7, 2025, Plaintiffs filed a Notice to Set Hearing. However, this notice is improper as the case is not yet at issue. Further, no hearing in fact has been set.

4. To the best of Defendants' knowledge, there have been no further proceedings, and no additional pleadings or documents filed or served upon any of the other named defendants in the State Court Action.

5. To the best of Defendants' knowledge, no other defendant has entered an appearance in the State Court Action.

6. Plaintiffs initiated a quiet title action to remove a purported cloud on the title of the real property located at 18648 East 54th Avenue, Denver, Colorado 80249 where Plaintiffs currently reside. Plaintiffs also bring claims for cancellation of void/fraudulent interests, declaratory judgment, breach of contract, RESPA § 2605(e) violations, and violation of the Colorado Consumer Protection Act, C.R.S. § 6-1-101 *et*

*seq.* against some or all of the named defendants. Plaintiffs seek equitable relief as well as compensatory and consequential damages.

7.   With this Notice of Removal, MERS and Nest remove the State Court Action to this Court on the basis of federal question jurisdiction, as more fully described below, as well as potentially diversity jurisdiction.

## II.   PROCEDURAL REQUIREMENTS

8.   This action is properly removed to this Court because the State Court Action is pending within this district. 28 U.S.C. §§ 1441, 1446(a).

9.   This removal is timely because it is being filed within thirty (30) days after Defendants were served with the Complaint and Summons. 28 U.S.C. §1446(b).

10.   Pursuant to 28 U.S.C. § 1446(b)(2)(A), all defendants who have been properly joined and served have consented to the removal of this action.

11.   Pursuant to 28 U.S.C. §1446(a), filed contemporaneously herewith are true and correct copies of the Verified Complaint, Summons, Declarations of Service, and Civil Cover Sheet from the State Court Action at the time of this removal. *See* **Exhibits A**, **B**, **C**, **D**, and **E**.

12.   Pursuant to 28 U.S.C. §1446(d), the Defendants are simultaneously with the filing of this Notice of Removal (1) serving Plaintiffs with a copy of this Notice of Removal, and (2) filing a copy of the Notice of Removal in the Denver County District Court. A copy of the Notice of Filing of Removal filed in the State Court Action is attached hereto as **Exhibit F**.

13. Pursuant to D.C.COLO.LCivR 81.1(b), the docket sheet, each pending motion, petition, and related response, reply, and brief, if any, will be filed within 14 days of the filing of this notice.

### III. FEDERAL QUESTION JURISDICTION[2]

14. 28 U.S.C. § 1331 states that "district courts shall have original jurisdiction of all civil actions arising under the Constitution, laws, or treaties of the United States."

15. Plaintiffs assert a claim under RESPA § 2605(e), a law of the United States. *See* **Exhibit A**.

16. As such, removal to this Court is appropriate under 28 U.S.C. § 1441.

17. This Court also has supplemental jurisdiction under 28 U.S.C. § 1367 over the state law claims because they are so related to the RESPA claim that they form part of the same case or controversy—indeed, all claims arise from the same transaction or occurrence.

18. Further, the state law claims raise no novel or complex issues of State law—rather, they involve straightforward statutory claims that have a well-developed body of case law.

19. The state law claims also do not predominate over the federal claim—all claims involve essentially the same set of facts.

---

[2] Defendants also reserve the right to assert diversity jurisdiction as another basis for removal and this Court's subject matter jurisdiction.

20. No other exception circumstances exist that offer other compelling reasons to decline supplemental jurisdiction over the state law claims.

## IV. <u>CONCLUSION</u>

21. The requirements for removal under U.S.C. § 1441 have been met and removal of the State Court Action is proper.

22. By filing this Notice of Removal, Defendants do not waive any objections as to service, jurisdiction or venue, or any other defenses. No admission of fact, law, or liability is intended by this Notice of Removal, and all defenses, motions, and pleas are expressly reserved. Defendants further reserve all of their respective defenses and this Notice of Removal is filed subject to a full reservation of rights, including all objections, arguments, and defenses to Plaintiffs' Complaint.

23. Should Plaintiffs move to remand this case, Defendants respectfully request an opportunity to respond more fully in writing, including the submission of affidavits, other evidence, and authority.

WHEREFORE, Defendant Mortgage Electronic Registration Systems, Inc., as Mortgagee as Nominee for Rocket Mortgage, LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. and Nest Home Lending, LLC hereby remove the State Court Action to United States District Court for the District of Colorado to assume full jurisdiction over this action as provided by law.

Respectfully Submitted this 19th day of August, 2025.

        SPENCER FANE LLP

        /s/ *Jacob F. Hollars*
        Jacob F. Hollars
        Mykaela D. Schluter
        **Spencer Fane LLP**
        1700 Lincoln St., Suite 2000
        Denver, CO 80203
        Tel: 303.839.3800
        jhollars@spencerfane.com;
        mschluter@spencerfane.com

        David E. Funkhouser
        **Spencer Fane LLP**
        2415 E. Camelback Rd, #600
        Phoenix, AZ 85016
        Tel: 602.333.5430
        dfunkhouser@spencerfane.com

        *Attorneys for Defendant Rocket Mortgage, LLC*

        s/ *Stephen E. Csajaghy*
        Stephen E. Csajaghy, No. 33298
        **Condit Csajaghy LLC**
        695 South Colorado Blvd., Suite 270
        Denver, Colorado 80246
        Tel: (720) 287-6602
        steve@cclawcolorado.com

        *Attorney for Nest Home Lending, LLC*

## CERTIFICATE OF SERVICE

I certify that on August 19, 2025 a correct copy of the foregoing Notice of Removal was filed with the Clerk of the Court via the Court's CM/ECF system and that a correct copy of same was served by U.S. Mail and electronic mail upon the following:

*Plaintiff (Pro se):*
Robert Anthony Hanson, Jr.
18648 East 54th Avenue
Denver, CO 80249
(via U.S. Mail)

*Plaintiff (Pro se):*
Stephanie Baldyga Self
635 Bennett Avenue
Bennett, CO 80102
(via U.S. Mail)

/s/ *Jacob F. Hollars*
Jacob F. Hollars